# EXHIBIT A

Exhibit A
90 Day Disbursements
Bankruptcy Case No. 17-12560

| Debtor | Bank Account | Check Date | Clear Date | Ck. No. | Name | Memo | Amount |
|---|---|---|---|---|---|---|---|
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 08/30/17 | 10/16/17 | 27492 | RONALD DRAPER | MTG3a SR ST CLOUD RD, CA - RETURN | 584,000.00 |

**EXHIBIT B**

Exhibit B
Net Winner Transactions
Bankruptcy Case No. 17-12560

| Debtor | Bank Account | Check Date | Clear Date | Ck. No. | Name | Memo | Disbursements |
|---|---|---|---|---|---|---|---|
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 08/31/16 | 08/31/16 | DD083116 | RONALD DRAPER | MTG3a SR ST CLOUD RD, CA - INT AUG | $ 2,433.33 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 08/08/16 | 09/06/16 | 7097 | RONALD DRAPER | MTG3a SR ST CLOUD RD, CA - INT JUL 3 DAYS | 243.33 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 09/30/16 | 09/30/16 | DD093016 | RONALD DRAPER | MTG3a SR ST CLOUD RD, CA - INT SEP | 2,433.33 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 10/31/16 | 10/31/16 | 844 | RONALD DRAPER | MTG3a SR ST CLOUD RD, CA - INT OCT | 2,433.33 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 11/30/16 | 11/30/16 | 951 | RONALD DRAPER | MTG3a SR ST CLOUD RD, CA - INT NOV | 2,433.33 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 12/30/16 | 12/30/16 | 1014 | RONALD DRAPER | MTG3a SR ST CLOUD RD, CA - INT DEC | 2,433.33 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 01/31/17 | 01/31/17 | 1090 | RONALD DRAPER | MTG3a SR ST CLOUD RD, CA - INT JAN | 2,433.33 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 02/28/17 | 02/28/17 | 1100 | RONALD DRAPER | MTG3a SR ST CLOUD RD, CA - INT FEB | 2,433.33 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 03/31/17 | 03/31/17 | 1076 | RONALD DRAPER | MTG3a SR ST CLOUD RD, CA - INT MAR | 2,433.33 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 04/28/17 | 04/28/17 | 1063 | RONALD DRAPER | MTG3a SR ST CLOUD RD, CA - INT APR | 2,433.33 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 05/31/17 | 05/31/17 | DD | RONALD DRAPER | MTG3a SR ST CLOUD RD, CA - INT MAY | 2,433.33 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 06/30/17 | 06/30/17 | DD | RONALD DRAPER | MTG3a SR ST CLOUD RD, CA - INT JUN | 2,433.33 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 07/31/17 | 07/28/17 | DD | RONALD DRAPER | MTG3a SR ST CLOUD RD, CA - INT JUL | 2,433.33 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 09/01/17 | 08/31/17 | DD | RONALD DRAPER | MTG3a SR ST CLOUD RD, CA - INT AUG | 2,433.33 |
| | | | | | | | $ 31,876.62 |