# EXHIBIT B

| From: | Curtis Hehn |
|---|---|
| To: | "Jason Pomerantz"; "Jeffrey P. Nolan"; Jason Pomerantz |
| Subject: | WOODBRIDGE - Suggested Pause in Discovery Deadlines for Draper, Tom and Lester Cases |
| Date: | Thursday, August 8, 2024 2:03:00 PM |

Dear Mr. Pomerantz and Mr. Nolan,

I am writing to you about the pending discovery requests that were served in the following adversary proceedings:

> Ronald Cole;
>
> Ronald Draper;
>
> Jennifer Tom; and
>
> Christian Lester.

As you are aware, we have been working hard, and in good faith, to settle all of these matters.

In fact, since we last spoke, Mr. Cole's case has been settled, so there is no need to respond to his discovery requests.

While our settlement efforts are ongoing, I don't want the Liquidation Trustee to incur the costs and expenses that will be entailed by having to respond to the pending discovery requests for Draper, Tom, and Lester. (In fact, the burden and cost of responding to these discovery requests could impede settlement, which I would like to avoid.)

Accordingly, I propose that we pause each side's pending discovery deadlines under the Scheduling Orders entered in these Adversary Proceedings.

By the time that we get to the Status Conference scheduled for August 20th, 2024, I think we should know exactly which matters, if any, will not be settled, and will be in a better position to address responding to any cases that remain open at that time

Please let me know if the Liquidation Trustee is amenable to such a pause.

Thanks.

Curtis