# EXHIBIT C

| From: | Jeffrey P. Nolan |
|---|---|
| To: | Curtis Hen |
| Cc: | Jason Pomerantz |
| Subject: | Woodbridge |
| Date: | Monday, August 26, 2024 1:22:21 PM |

Curtis,

I'm not sure how many matters you have remaining with Jason, but I believe you and I have two matters remaining.

It is acceptable to mutually extend discovery deadlines on written discovery. We will need to keep an eye I'm producing documents in particular on short notice should we be unsuccessful in resolving the remaining cases. If that is acceptable, we are in agreement

Please keep us in the loop as you have done in some of the adversaries with moving the matters back into the litigation track that no progress is forthcoming.

Let me know if you are in agreement. Regards Jeff,

Jeff
Sent from my iPhone